468 A.2d 830

Commonwealth v. Maxwell, Appellant.

Submitted April 14, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and HOFFMAN, JJ.

Judgment of sentence is affirmed as to the robbery conviction, while the simple assault conviction is vacated.

468 A.2d 830

Commonwealth v. Mitchell, Appellant.

Submitted September 9, 1983. Harry A. Rubright, Assistant Public Defender, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, CAVANAUGH and HOFFMAN, JJ.

Affirmed.